

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00187-CV

| | | |
|---|---|---|
| JOSEPH SAMUEL MCCREARY, III, Appellant/Cross-Appellee | § | On Appeal from the 481st District Court |
| | § | of Denton County (18-6047-211) |
| V. | § | August 22, 2024 |
| LAURA MCCREARY, Appellee/Cross-Appellant | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment regarding the spousal-maintenance award in the final decree and render judgment that Appellee/Cross-Appellant Laura McCreary take nothing. We affirm the remainder of the judgment.

It is further ordered that both parties shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker